**FILED**

May 03, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GENE ROY JR.,

    Defendant.

Case No.  2:24-po-00019-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL GENE ROY JR., Case No. 2:24-po-00019-JDP, Charge 36 CFR 261.10(b), from custody for the following reasons:

   X   Release on Personal Recognizance

       Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

   X   (Other): The Defendant shall not commit another federal, state, or local offense and shall not camp, reside, or sleep overnight on any United States Forest Service lands.

Sacramento County Jail is further ORDERED to release the defendant with a

   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 03, 2024 at 2:20 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson